MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
GEORGE F. SCHAEFER, Senior Deputy City Attorney
California State Bar No. 139399
  Office of the City Attorney
  1200 Third Avenue, Suite 1100
  San Diego, California 92101-4100
  Telephone:  (619) 533-5800
  Facsimile:   (619) 533-5856

Attorneys for Defendant CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, A PUBLIC ENTITY; CHIEF OF POLICE DAVE NISLEIT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS CHIEF OF POLICE AT SDPD FOR CITY OF SAN DIEGO; MARA W. ELLIOTT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AS CITY ATTORNEY FOR CITY OF SAN DIEGO; JESSE ZALDIVAR, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS SDPD INVESTIGATOR FOR CITY OF SAN DIEGO; JOSHUA H. KAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS CITY ATTORNEY FOR CITY OF SAN DIEGO; JEFFREY A. BROOKER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS CITY ATTORNEY FOR CITY OF SAN DIEGO; PATRICIA MIRANDA, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AS DEPUTY CITY ATTORNEY FOR CITY OF SAN DIEGO; DOES 1 THROUGH 10, INCLUSIVE,<br><br>   Defendants. | Case No.  23-cv-02225-JO-MMP<br><br>**DECLARATION OF GEORGE F. SCHAEFER IN SUPPORT OF DEFENDANTS CITY OF SAN DIEGO AND CITY ATTORNEY MARA ELLIOTT'S BRIEF ON** *YOUNGER* **ABSTENTION**<br><br>Date: December 15, 2023<br>Time: 3:30 P.M.<br>Judge: Honorable Jinsook Ohta<br>Court Room: 4C |

1

I, George F. Schaefer, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am the attorney of record for Defendant City of San Diego (City). I am the assigned Senior Deputy City Attorney to handle this matter and I am thoroughly familiar with the facts and representations in this declaration. As such, if called upon as a witness, I could and would testify as to the below matters.

2. The Plaintiff served a copy of the following on the City of San Diego's Clerk's Office: 1) Summons; 2) Notice of Court Order Setting a Hearing on Plaintiff's Request for a Preliminary Injunction; 3) Notice of Plaintiff's Request for Preliminary Injunction and Filing of Federal Lawsuit; and 4) Plaintiff's Complaint for Damages and Suit in Equity for Immediate Injunctive Relief; Demand for Jury Trial.

3. The City Clerk's time stamp indicates that these documents were served on Thursday, December 7, 2023, at 3:48 p.m.

4. The City Clerk's Office is only authorized to accept service on behalf of the City and elected officials who have given written consent to accept service. City Attorney Mara Elliott has given such consent. Thus, only the City and City Attorney Elliott were served by the Plaintiff with the Summons and Complaint.

5. Other named Defendants in this lawsuit are the following: 3) San Diego Police Department (SDPD) Chief of Police David Nisleit; 4) SDPD Investigator Jesse Zaldivar; 5) Deputy City Attorney Joshua Kay; 6) Deputy City Attorney Jeffrey Brooker; and 7) Deputy City Attorney Patricia Miranda.

6. Service on SDPD employees, including the Chief of Police, must be either individually or through SDPD's Internal Affairs Department. I have confirmed that Plaintiff did not serve his Summons and Complaint in this case on Chief Nisleit and SDPD Investigator Jesse Zaldivar.

7. Although a copy of the Plaintiff's Complaint and Summons were apparently dropped off recently by the Plaintiff at a City Attorney's Office

reception desk, the City Attorney's Office does not have authority to accept service on behalf of its employees. I have confirmed that Deputy City Attorneys Kay and Brooker were not individually served with the Plaintiff's lawsuit in this case.

8. Jeffrey Brooker no longer works for the City Attorney's Office. According to the California State Bar's website, Mr. Brooker now works at the Imperial County District Attorney's Office.

9. Plaintiff's proof of service in this pending federal case indicates that Plaintiff served Defendants Miranda, Kay, Brooker, and Zaldivar by email in this pending federal case with the following three documents: 1) Notice of Court Order Setting a Hearing on Plaintiff's Request for a Preliminary Injunction; 2) Complaint; and 3) Notice of Request for Preliminary Injunction.  There is no authority for such email service.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Executed this 13th day of December, 2023, in San Diego, California.

Dated:  December 13, 2023                MARA W. ELLIOTT, City Attorney

By */s/ George F. Schaefer*
    George F. Schaefer
    Senior Deputy City Attorney

Attorneys for Defendant