MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
GEORGE F. SCHAEFER, Senior Deputy City Attorney
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, A PUBLIC ENTITY; CHIEF OF POLICE DAVE NISLEIT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS CHIEF OF POLICE AT SDPD FOR CITY OF SAN DIEGO; MARA W. ELLIOTT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AS CITY ATTORNEY FOR CITY OF SAN DIEGO; JESSE ZALDIVAR, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS SDPD INVESTIGATOR FOR CITY OF SAN DIEGO; JOSHUA H. KAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS CITY ATTORNEY FOR CITY OF SAN DIEGO; JEFFREY A. BROOKER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AS CITY ATTORNEY FOR CITY OF SAN DIEGO; PATRICIA MIRANDA, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AS DEPUTY CITY ATTORNEY FOR CITY OF SAN DIEGO; DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No.  23-cv-02225-JO-MMP<br><br>**DEFENDANTS CITY OF SAN DIEGO'S & CITY ATTORNEY MARA ELLIOTT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' BRIEF ON *YOUNGER* ABSTENTION**<br><br>Judge: Hon. Jinsook Ohta<br>Court Room: 4C<br>Date: December 15, 2023<br>Time: 3:30 p.m. |

PLEASE TAKE NOTICE that Defendants City of San Diego and City Mara Elliott respectfully request that the Court take judicial notice under Rule 201 of the Federal Rules of Evidence of the following documents in support of their Brief on *Younger* abstention:

1. San Diego Superior Court Registrar of Actions for *San Diego Police Department v. T.C.,* San Diego Superior Court case number 37-2021-00032486-CU-PT-CTL. Generated December 13, 2024. (Exhibit 1).

2. Order on Request to Continue Hearing, December 6, 2023, San Diego Superior Court Registrar of Actions for *San Diego Police Department v. T.C,* San Diego Superior Court case number 37-2021-00032486-CU-PT-CTL. (Exhibit 2).

3. Plaintiff's Proof of Service by Electronic Mail for Notice of Court Order Setting a Hearing on Plaintiff's Request for a Preliminary Injunction, Complaint, and Notice of Request for Preliminary Injunction, December 7, 2023, *T.C. v. City of San Diego, et al.*, Case No. 37-2023-cv-02225-JO-MMP (Exhibit 3).

Dated:  December 13, 2023                    MARA W. ELLIOTT, City Attorney

By  */s/ George F. Schaefer*
    George F. Schaefer,
    Senior Chief Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO