# EXHIBIT 2

36

| **GV-116** | **Order on Request to Continue Hearing** |

Clerk stamps date here when form is filed.

**FILED**
Clerk of the Superior Court
DEC 06 2023
By: E. Reyes, Deputy

Complete items ① and ② only.

① Petitioner: SAN DIEGO POLICE DEPARTMENT

② Respondent: T.C

———The court will complete the rest of this form———

Fill in court name and street address:
Superior Court of California, County of
SAN DIEGO
330 WEST BROADWAY
SAN DIEGO, CA 92101
CENTRAL DIVISION (DEPT 61)

Fill in case number:
**Case Number:**
37-2021-00032486-CU-PT-CTL

③ **Next Court Date**

  a. ☐ The request to reschedule the court date is **denied**.
     Your court date is: _____
     (1) Any *Temporary Gun Violence Restraining Order* (form GV-110) or *Gun Violence Emergency Protective Order* (form EPO-002) already granted stays in full force and effect until the next court date.
     (2) Your court date is not rescheduled because: _____

  b. ☒ The request to reschedule the court date is **granted**. Your court date is rescheduled for the day and time listed below. See ④–⑧ for more information.

     **New Court Date** → Date: January 03, 2024   Time: 9:00 A.M
     Dept.: 61   Room: _____

Name and address of court, if different from above:
For Hearing Appearance: _____
Visit www.sdcourt.ca.gov for more information

④ **Temporary Gun Violence Restraining Order or Gun Violence Emergency Protective Order**

  a. ☐ There is no *Temporary Gun Violence Restraining Order* (TRO) in this case because:
    (1) ☐ A TRO was not previously granted by the court.
    (2) ☐ The court terminates (cancels) the previously granted TRO because: _____

  b. ☒ A *Temporary Gun Violence Restraining Order* (form GV-110) is still in full force and effect because:
    (1) ☒ The court extends the order previously granted on *(date)*: 07/30/2021
       It now expires on *(date)*: _____
       *(If no date is listed, the TRO expires at the end of the court date listed in 3b.)*

  c. ☐ A *Gun Violence Emergency Protective Order* (form EPO-002) is still in full force and effect.
    (1) ☐ The court extends the order previously granted on *(date)*: _____
       It now expires on *(date)*: _____
       *(If no date is listed, the TRO expires at the end of the court date listed in 3b.)*

  d. ☐ Other *(specify)*: _____

> **Warning and Notice to the Restrained Party:**
> If ④b or c is checked, a gun violence restraining order has been issued against you. You must follow the orders until they expire.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Penal Code, § 18195

**Order on Request to Continue Hearing**
**(EPO-002 or Temporary Restraining Order) (CLETS-EGV or CLETS-TGV)**
(Gun Violence Prevention)

GV-116, Page 1 of 3
→

| | |
|---|---|
| | **Case Number:**<br>37-2021-00032486-CU-PT-CTL |

**⑤ Reason Court Date Is Rescheduled**

a. ☐ There is good cause to reschedule the court date *(check one)*:
  (1) ☐ The protected party has not served the restrained party.
  (2) ☐ Other: _____
  _____
  _____

b. ☒ The court reschedules the court date on its own motion.

**⑥ Serving (Giving) Order to Other Party**

The request to reschedule was made by the:

a. ☐ **Petitioner/Requesting Agency**   b. ☐ **Respondent/Restrained party**   c. ☒ **Court**

| a. Petitioner/Requesting Agency | b. Respondent/Restrained party | c. Court |
|---|---|---|
| (1) ☐ You do not have to serve the respondent/restrained party because they or their lawyer were at the court date or agreed to reschedule the court date. | (1) ☐ You do not have to serve the petitioner because they or their lawyer were at the court date or agreed to reschedule the court date. | (1) ☐ Further notice is not required. |
| (2) ☒ You must have the restrained party personally served with a copy of this order and a copy of all documents listed on form GV-109, item ⑤, by *(date):* 5 days prior to hearing | (2) ☐ You must have the petitioner personally served with a copy of this order by *(date):* _____ | (2) ☐ The court will mail a copy of this order to all parties by *(date):* _____ |
| (3) ☐ You must serve the respondent/restrained party with a copy of this order. This can be done by mail. You must serve by *(date):* _____ | (3) ☐ You must serve the petitioner with a copy of this order. This can be done by mail. You must serve by *(date):* _____ | (3) ☐ Other: _____ |
| (4) ☐ Other: _____ | (4) ☐ Other: _____ | |

**This is a Court Order.**

Revised January 1, 2020   Order on Request to Continue Hearing
(EPO-002 or Temporary Restraining Order) (CLETS-EGV or CLETS-TGV)
(Gun Violence Prevention)   GV-116, Page 2 of 3 →

| Case Number: |
|---|
| 37-2021-00032486-CU-PT-CTL |

⑦ **No Fee to Serve**

The sheriff or marshal will serve this order for **free**.
Bring a copy of all the papers that need to be served to the sheriff or marshal.

⑧ ☒ **Other Orders**

The San Diego Superior Court will allow appearances for most hearings either in-person or virtually. Parties that elect to attend their hearing virtually should visit the Court's website at www.sdcourt.ca.gov for information and directions on making a virtual appearance.

Date: December 06, 2023

PETER F. MURRAY
Judicial Officer



**Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms.htm for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

| Instructions to Clerk |
|---|
| If the hearing is rescheduled and the court extended, modified, or terminated a temporary restraining order, then the court must enter this order into CLETS or send this order to law enforcement to enter into CLETS. This must be done within one business day from the day the order is made. |

—Clerk's Certificate—



I certify that this *Order on Request to Continue Hearing (EPO-002 or Temporary Restraining Order) (CLETS-EGV or CLETS-TGV)* (form GV-116) is a true and correct copy of the original on file in the court.

Date: DEC 0 6 2023    Clerk, by _____ Deputy

E. Reyes

**This is a Court Order.**