1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11    T.C., | Case No.:  3:23-cv-02225-JO-MMP |
| 12             Plaintiff, | |
| 13    v. | **ORDER ABSTAINING FROM** |
| 14    CITY OF SAN DIEGO, a Public Entity; | **ENJOINING STATE COURT** |

11   T.C.,

                              Plaintiff,

12

13   v.

14   CITY OF SAN DIEGO, a Public Entity;
     CHIEF OF POLICE DAVE NISLEIT,
15   individually and in his official capacity, as
     Chief of Police at SDPD for City of San
16   Diego; MARA W. ELLIOTT, individually
     and in her official capacity, as City
17   Attorney for City of San Diego; JESSE
     ZALDIVAR, individually and in his
18   official capacity, as SDPD Investigator for
19   City of San Diego; JOSHUA H. KAY,
     individually and in his official capacity, as
20   City Attorney for City of San Diego;
21   JEFFREY A. BROOKER, individually
     and in his official capacity, as City
22   Attorney for City of SanDiego;
23   PATRICIA MIRANDA, individually and
     in her official capacity, as Deputy City
24   Attorney for City of SanDiego; and DOES
25   1 through 10, inclusive,
26

                              Defendants.
27

Case No.:  3:23-cv-02225-JO-MMP

**ORDER ABSTAINING FROM
ENJOINING STATE COURT
PROCEEDING, STAYING
DAMAGES CLAIMS, AND TAKING
STATE LAW CLAIMS UNDER
SUBMISSION**

28

1

On December 6, 2023, Plaintiff T.C. filed a complaint, alleging eight different causes of action under federal and state law seeking both injunctive relief and monetary damages, against the City of San Diego and the following individuals in their individual and official capacity: City Attorneys for the City of San Diego Mara W. Elliott, Joshua H. Kay, Jeffrey A. Brooker, and Patricia Miranda, Chief of Police Dave Nisleit, San Diego Police Department Investigator Jesse Zaldivar, and DOES 1 through 10.   In addition, Plaintiff filed a notice of preliminary injunction, requesting that the Court enjoin a Gun Violence Restraining Order ("GVRO") superior court proceeding that same day.

The Court held oral argument on December 15, 2023.   For the reasons stated on the record at the oral argument, the Court hereby (1) DISMISSES without prejudice Plaintiff's requests for injunctive relief under his first and fifth claim pursuant to the Court's obligations under *Younger* abstention and (2) STAYS Plaintiff's requests for monetary damages under 42 U.S.C. § 1983 under his second, third, fourth, and fifth claim.   With regard to Plaintiff's sixth, seventh, and eighth claims, which exclusively raise issues of state law claims, the Court invites briefing due on December 22, 2023 on whether it should exercise its discretion to decline supplemental jurisdiction or whether it should stay the state law claims with the federal law claims for damages.   Even if the Court decides to not dismiss Plaintiff's state law claims, it will stay these claims until the state court proceedings are completed.   Because the Court abstains from enjoining the GVRO proceedings here, it DISMISSES Plaintiff's motion for a preliminary injunction.

The Court will later issue a written order detailing its reasoning and ruling with respect to Plaintiff's state law claims.

**IT IS SO ORDERED**.

Dated:  December 15, 2023

_____
Honorable Jinsook Ohta
United States District Judge